IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | 01:18-CR-187-ELR-JKL |
| | * | |
| DANIEL GARRETT LEWIS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**O R D E R**

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge John K. Larkins, III. [Doc. 62.] Judge Larkins recommends that Defendant's motion [Doc. 25] to suppress statements he made during a custodial interrogation with federal law enforcement agents at the Calhoun County Jail in Alabama be granted. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 62] as the opinion of this Court. For the reasons stated in the R&R, the Court **GRANTS** Defendant's motion [Doc. 25] to suppress statements.

**SO ORDERED**, this 25th day of March, 2020.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia